UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

IFP, INC.,

Defendant.

Case No. 00-2230 DWF/AJB

NOTICE OF CANCELLATION

---

The Court having been advised that the parties have reached a settlement in the above matter, you are hereby given notice that the pretrial conference scheduled to be held on November 14, 2000, at 1:45 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

The parties shall advise the Court as to the status of the above matter if additional pretrial management should be needed.

Dated: 10/10/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed OCT 10 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______